RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 10/28/10
BY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JESSIE LEE SAWYER<br>LA. DOC #86938<br>VS.<br><br>LOUISIANA DEPT. OF CORRECTIONS | CIVIL ACTION NO. 3:10-cv-0618<br><br>SECTION P<br><br>JUDGE ROBERT G. JAMES<br><br>MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 15], and after an independent review of the record, determining that the findings are correct under the applicable law and for those additional reasons stated in this Court's Ruling, and considering the objections to the Report and Recommendation in the record [Doc. No. 16],

IT IS ORDERED that Plaintiff's civil rights complaint be DISMISSED WITH PREJUDICE as frivolous, for failing to state a claim on which relief may be granted, and to the extent that he sought a money judgment from a defendant (the Louisiana Department of Corrections) which is immune from suit, all in accordance with the provisions of 28 U.S.C. §§ 1915 and 1915A.

Monroe, Louisiana, this 28 of October, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE